## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>        *Plaintiffs,*<br><br>v.<br><br>AMERILIST, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br>        *Defendants* | Case No.:<br><br>Civil Action<br><br>**2:24-cv-05775**<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, AMERLIST, INC., in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esq.
GREENSPOON MARDER LLP
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314
Email: KoryAnn.Ferro@gmlaw.com

DATED:  May 1, 2024                    Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant Amerilist, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **1st** day of May, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Kory Ann Ferro*
Kory Ann Ferro, Esq.