# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO:** CR #24-5775

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
AMERILIST

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                              s/David Bruey
                                                Deputy Clerk

Time Commenced:  3:57 PM          Time Adjourned:   3:58 PM

Case 1:24-cv-05775-HB  Document 8  Filed 05/07/24  Page 2 of 2 PageID: 131