```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                  :      CIVIL ACTION
CORPORATION, et al.                 :
                                    :
          v.                        :
                                    :      NO. 24-4037
WE INFORM, LLC, et al.              :
_____

ATLAS DATA PRIVACY                  :      CIVIL ACTION
CORPORATION, et al.                 :
                                    :
          v.                        :
                                    :
                                    :      NO. 24-4041
INFOMATICS, LLC, et al.             :
_____

ATLAS DATA PRIVACY                  :      CIVIL ACTION
CORPORATION, et al.                 :
                                    :
          v.                        :
                                    :      NO. 24-4045
THE PEOPLE SEARCHERS, LLC,          :
et al.                              :
_____

ATLAS DATA PRIVACY                  :      CIVIL ACTION
CORPORATION, et al.                 :
                                    :
          v.                        :
                                    :      NO. 24-4075
DM GROUP, INC., et al.              :
_____

ATLAS DATA PRIVACY                  :      CIVIL ACTION
CORPORATION, et al.                 :
                                    :
          v.                        :
                                    :      NO. 24-4080
DELUXE CORPORATION, et al.          :
_____
```

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4096
DELVEPOINT, LLC, et al.         :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4098
QUANTARIUM ALLIANCE, LLC,       :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4103
YARDI SYSTEMS, INC., et al.     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4141
DIGITAL SAFETY PRODUCTS,        :
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4143
CIVIL DATA RESEARCH             :
_____
```

-3-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SCALABLE COMMERCE, LLC, et al. | : : : | NO. 24-4160 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LABELS & LISTS, INC | : : | NO. 24-4174 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : : : | NO. 24-4176 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACCURATE APPEND, INC., et al. | : : : | NO. 24-4178 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ZILLOW, INC., et al. | : : | NO. 24-4256 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4261 |
| EQUIMINE, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4292 |
| MELISSA DATA CORP., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4324 |
| RESTORATION OF AMERICA, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4345 |
| i360, LLC, et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4380 |
| GOHUNT, LLC, et al. | : | |

___

-5-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| FORTNOFF FINANCIAL, LLC, et al. | : | NO. 24-4390 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4609 |
| NUWBER, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4664 |
| ROCKETREACH LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4949 |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5600 |
| PROPERTYRADAR, INC., ET AL. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5656 |
| THE ALESCO GROUP, L.L.C. | : | |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
     v.                         :
                                :        NO. 24-5658
SEARCHBUG, INC.                 :
```
_____

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
     v.                         :
                                :        NO. 24-5775
AMERILIST, INC., et al.         :
```

## ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND NOW, this 9th day of May 2024, it appearing that in <u>Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, et al.</u>, Civil Action No. 24-4096, Defendant Delvepoint, LLC ("Delvepoint") has filed a Motion to Dismiss the Plaintiffs' Complaint on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, is unconstitutional on its face (Doc. #3), that Delvepoint notified the Attorney General of New Jersey of its constitutional challenge on March 28, 2024 (<u>See</u> Doc. #13), and that many if not all of the Defendants in the above actions intend to file such a motion with a supporting consolidated brief on or before June 10, 2024, it is hereby ORDERED pursuant to Rule 5.1 of the Federal Rules of Civil Procedure that:

(1)  Delvepoint shall promptly file a notice on its docket of the constitutional question stating the question and identifying the paper that raises it.[1]

(2)  Delvepoint, prior to May 15, 2024, shall serve the notice and paper together with this Order on the Attorney General of New Jersey either by certified or registered mail or by sending it to an electronic address designated by the Attorney General of New Jersey for this purpose and shall file a declaration on its docket as to the date and method of service of these documents.

(3)  Pursuant to 28 U.S.C. § 2403, the court certifies to the Attorney General of New Jersey that the constitutionality of Daniel's Law on its face has been questioned.

(4)  The Attorney General of New Jersey may intervene and file a brief in support of the statute's constitutionality on or before July 15, 2024.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.

---

1.  The record is not clear whether Delvepoint's March 28, 2024 notification to the Attorney General of New Jersey conformed to Rule 5.1.