**GreenspoonMarder LLP**

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

September 16, 2024

**Via ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. AMERILIST, INC. et al* (No. 1:24-cv-05775-HB)
  Joinder in Defendants' Consolidated Reply in further Support of Motion to Dismiss

Dear Judge Bartle:

   This firm represents the defendant Amerilist, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Reply in further Support of Motion to Dismiss, which was filed under Dkt. No. 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.* (No. 1:24-cv-04105-HB). For the reasons set forth in the Consolidated Reply in further Support of Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

                    Respectfully submitted,

                    GREENSPOON MARDER LLP

                    Kelly Purcaro, Partner

Atlanta  Boca Raton  Chicago  Denver  Ft. Lauderdale  Las Vegas  Los Angeles  Miami
Newark  New York  Orlando  Scottsdale  Tallahassee  West Palm Beach