# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4037 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4041 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4045 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-4075 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | Case No. 24-4080 | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Delvepoint, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Quantarium Alliance, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Yardi Systems, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Digital Safety Products, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Cvil Data Research<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                                                )<br>                              v.                                              )<br>                                                                                  )<br><u>Scalable Commerce, LLC, et. al.</u>                    )<br>*Defendant*                                                            ) | Case No. 24-4160 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                                                )<br>                              v.                                              )<br>                                                                                  )<br><u>Labels & Lists, Inc., et. al.</u>                               )<br>*Defendant*                                                            ) | Case No. 24-4174 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                                                )<br>                              v.                                              )<br>                                                                                  )<br><u>Innovis Data Solutions Inc., et. al.</u>                 )<br>*Defendant*                                                            ) | Case No. 24-4176 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                                                )<br>                              v.                                              )<br>                                                                                  )<br><u>Accurate Append, Inc., et. al.</u>                         )<br>*Defendant*                                                            ) | Case No. 24-4178 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*                                                                )<br>                              v.                                              )<br>                                                                                  )<br><u>Zillow, Inc., et. al.</u>                                              )<br>*Defendant*                                                            ) | Case No. 24-4256 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4261 |
| | ) | |
| <u>Equimine, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| <u>Melissa Data Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4324 |
| | ) | |
| <u>Restoration of America, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| <u>i360, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4380 |
| | ) | |
| <u>GoHunt, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Accuzip, Inc., et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Synaptix Technology, LLC, et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Joy Rockwell Enterprises, Inc., et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>Fortnoff Financial, LLC, et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　　*Plaintiff*<br>　　　　　v.<br><br><u>MyHeritage, Ltd., et. al.</u><br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>    *Plaintiff* )<br>        v. )<br> )<br><u>E-merges.com, Inc., et. al.</u> )<br>    *Defendant* ) | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>    *Plaintiff* )<br>        v. )<br> )<br><u>Nuwber, Inc., et. al.</u> )<br>    *Defendant* ) | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>    *Plaintiff* )<br>        v. )<br> )<br><u>RocketReach LLC, et. al.</u> )<br>    *Defendant* ) | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>    *Plaintiff* )<br>        v. )<br> )<br><u>Belles Camp Communications, Inc., et. al.</u> )<br>    *Defendant* ) | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>    *Plaintiff* )<br>        v. )<br> )<br><u>Property Radar Inc., et. al.</u> )<br>    *Defendant* ) | Case No. 24-5600 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| The Alesco Group, L.L.C., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| Searchbug, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| Amerilist, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| U.S. Data Corporation, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| Smarty, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-8451 | |
| ) | | |
| Compact Information Systems, LLC., et. al. ) | | |
| *Defendant* ) | | |
| | | |
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-10600 | |
| ) | | |
| Darkowl, LLC, et. al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*