# GreenspoonMarder LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

March 18, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:    *Atlas Data Privacy Corp., et al v. AMERILIST, INC. et al* (No. 1:24-cv-05775-HB) –
       **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Amerilist, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed under Dkt. No. 59 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB, Dkt. No. (TBP) (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*Kelly B. Purcaro*

KELLY PURCARO

Atlanta   Boca Raton   Chicago   Denver   Ft. Lauderdale   Las Vegas   Los Angeles   Miami
Newark   New York   Orlando   Scottsdale   Tallahassee   West Palm Beach