PEM LAW LLP

**Julia R. Livingston, Esq.**
jlivingston@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct*: +1 973.640.7659

September 15, 2026

**VIA ECF**
Honorable Harvey Bartle III, U.S.D.J.
District of New Jersey (by designation)
c/o Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Atlas Data Privacy Corp., et al. v. Amerilist, Inc.**
**Civil Action No. 24-5775-HB**

Dear Judge Bartle:

We represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons* and Individual Plaintiffs Jane Doe-1 and Jane Doe-2, *law enforcement officers*; Edwin Maldonado; Scott Maloney; Justyna Maloney; William Sullivan; Peter Andreyev; and Patrick Colligan (collectively, "Plaintiffs") in the above-referenced action.

On September 4, 2026, counsel for Defendant Amerilist, Inc. ("Defendant") filed a motion to withdraw on various bases. See ECF No. 101. While Plaintiffs do not object to the motion, Plaintiffs request that the Court provide a limited amount of time for Defendant to retain new counsel given how long his matter has been pending and the imminent discovery deadlines.

To that end, Plaintiffs also inquire as to whether the Court would prefer to hold those discovery deadlines in abeyance while Defendant retains new counsel.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

**PEM LAW LLP**

By: */s/ Julia R. Livingston*
JULIA R. LIVINGSTON, ESQ.

*Attorneys for Plaintiffs*

cc: Counsel of Record (via ECF)