IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| v. | : | |
| AMERILIST, INC. et al. | : | 24-5775 |

ORDER

AND NOW, this 29th day of September 2026, it is hereby ORDERED that:

(1) The motion of Greenspoon Marder LLP for leave to withdraw as counsel for defendant Amerilist, Inc. (Doc. #101) is GRANTED;

(2) Defendant shall serve its responses to interrogatories and requests for production no later than November 17, 2026; and

(3) The remainder of the court's September 9, 2026 order setting discovery deadlines shall remain in effect.

BY THE COURT:

/s/ Harvey Bartle III
J.